UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUNY TOUCH,<br><br>                                Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of the<br>Department of Homeland Security, et al.,<br><br>                                Respondents. | Case No.:  3:26-cv-02607-RBM-MSB<br><br>**ORDER DISCHARGING ORDER<br>TO SHOW CAUSE**<br><br>**[Doc. 7]** |

On April 24, 2026, Petitioner Chuny Touch ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (Doc. 1.)  Shortly thereafter, the Court issued an Order to Show Cause and set a briefing schedule. (Doc. 5.)  On May 1, 2026, the Parties filed a Joint Motion to Vacate Order to Show Cause ("Joint Motion"). (Doc. 7.)  In the Joint Motion, the Parties represent that they have "conferred on Petitioner's desire to be removed from the United States and Respondents have tentatively scheduled Petitioner's removal to occur within the next ten days," and ask that the Court confirm that Respondents are not enjoined from removing Petitioner from the United States. (*Id.* at 1.)

1

The Court **GRANTS** the Joint Motion (Doc. 7) and **DISCHARGES** its Order to Show Cause.  Respondents are not precluded from removing Petitioner from the United States during the pendency of this action.  Respondents **SHALL FILE** their return on or before **May 15, 2026**.

**IT IS SO ORDERED.**

DATE:  May 4, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:26-cv-02607-RBM-MSB